IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Action No:

| | |
|---|---|
| ISMAIL G. GOZEN<br>c/o John R. Galloway, Esq.<br>1516 P Street, N.W.<br>Washington, D.C. 20005,<br><br>      Plaintiff,<br><br>v.<br><br>CF 910 M L.L.L.P.<br>Serve: C T Corporation System<br>1015 15th Street, NW Suite 1000<br>Washington, D.C. 20005,<br><br>      Defendant. | CERTIFICATE RULE LCvR 7.1 |

  I, the undersigned, counsel for CF 910 M L.L.L.P. certify that to the best of my knowledge and belief, the following:

Corporate affiliations:

  Defendant is a Delaware limited liability limited partnership. Defendant is owned by Faison - 910 M, G.P., L.L.C.; Faison – 910 M, L.L.C.; Carlyle 910 M Street G.P., L.L.C.; Carlyle 910 M Street, LLC; and Carlyle Realty Partners III. Defendant is unaware of any publicly held company that owns 10% or more of Defendant's stock. Defendant is also unaware of the identity of any other corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation, other than Faison or Carlyle affiliates.

  These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*[signature]*

Eric L. Yaffe (D.C. Bar No. 439750)
Jimmy Chatsuthiphan (D.C. Bar No. 492603)
GRAY, PLANT, MOOTY, MOOTY
 & BENNETT, P.A.
2600 Virginia Avenue, Northwest, Suite 1111
Washington, D.C. 20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250
eric.yaffe@gpmlaw.com
jimmy.chatsuthiphan@gpmlaw.com

Of Counsel:

D. Blaine Sanders
ROBINSON BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone:    (704) 377-8344
Facsimile:    (704) 373-3944
bsanders@rbh.com

Attorneys for Defendant
CF 910 M L.L.L.P.

Dated: June 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2007, a copy of the foregoing **CERTIFICATE RULE LCvR 7.1** was sent by facsimile and first class U.S. mail to the following:

John R. Galloway
1516 P Street, N.W.
Washington, D.C. 20005
Facsimile (202) 726-6629
johngalloway@email.com

Attorney for Plaintiff

_____
Eric L. Yaffe