IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISMAIL G. GOZEN

      **Plaintiff,**

 v.                                1:07-CV-01159-RWR

**CF 910 M  L.L.L.P.**

      **Defendant.**

## ENTRY OF APPEARANCE

The clerk will please note the appearance of Johnny R. Galloway, D.C. Bar No. 458056, 1516 P Street, NW, Washington D.C.  20005,  as attorney for the plaintiff  Ismail G. Gozen in the above-captioned matter.

                        Respectfully submitted,

                        */s/Johnny R. Galloway*
                        Johnny R. Galloway
                        1516 P Street, NW
                        Washington, D.C.  20005
                        Tel:    (202)726.5426
                        Fax:   (202)280.1132
                        Email:  johngalloway@email.com
                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I  hereby certify that on this 23rd day of July 2007, a copy of the foregoing Entry of Appearance was sent by the Court's ECF system and separately by first class mail postage prepaid to Eric L. Yaffe, Gray, Plant Mooty etc., Suite 1111, 2600 Virginia Avenue, NW, Washington, D.C.  20027.

1

2

*/s/ Johnny R. Galloway*
Johnny R. Galloway

Case 1:07-cv-01159-RWR     Document 4     Filed 07/23/2007     Page 2 of 2

2