**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


**ISMAIL G. GOZEN**

        **Plaintiff**

                                            **No. 1:07CV01159 RWR**

     **v.**

**CF 910 M L.L.L.P**

        **Defendant**

_____

**MOTION  FOR ORDER REMANDING CASE TO THE DISTRICT OF
COLUMBIA SUPERIOR COURT**

Plaintiff,  Ismail G. Gozen, hereby respectfully moves the Court for entry of an Order remanding this case back to the District of Columbia Superior Court.  The grounds for this motion are set forth in the Memorandum of Points and Authorities filed herewith.  A proposed order is filed herewith.

Pursuant to local rules, the counsel for plaintiff has consulted with opposing counsel, Eric Yaffe, who indicated that defendant opposes the motion.


Dated: July 27, 2007

                                    Respectfully submitted,




                              /s/ Johnny R. Galloway
                                Johnny R. Galloway DC Bar No. 458056
                                1516 P Street, NW
                                Washington, D.C.  20005

Tel:  (202)726.5426
Fax: (202)588.8819
Email: johngalloway@email.com
*Attorney for Plaintiff Ismail G. Gozen*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2007 the foregoing motion and

memorandum have been served upon the defendant in this action, through the ECF,

and by first class mail, postage prepaid to: Eric L. Yaffe, 2600 Virginia Avenue,

Northwest, Suite 1111, Washington, D.C.  20037,


/s/Johnny R. Galloway:
Johnny R. Galloway, Esq.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**ISMAIL G. GOZEN**

**Plaintiff**

**No. 1:07CV01159 RWR**

**v.**

**CF 910 M L.L.L.P.**

**Defendant**

_____

**ORDER**

Upon consideration of the plaintiff's Motion For Order Remanding Case to the District of

Columbia Superior Court, and the memoranda of points and authorities filed in support and in

opposition, and for good cause shown, it is hereby ORDERED that plaintiff's motion be and

hereby is GRANTED, and that this case is hereby REMANDED to the District of Columbia

Superior Court.

Dated:

_____
Hon. Richard W.. Roberts
United States District Judge

(Service list next page)

copies to:

Johnny R. Galloway, Esq.
1516 P Street, N.W.
Washington, D.C.  20005

Eric L. Yaffe, Esq.
Gray, Plant. Mooty
Suite 1111
2600 Virginia Avenue, NW
Washington, D.C.  20037