IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ISMAIL G. GOZEN**

    **Plaintiff**

                                         No. 1:07CV01159 RWR

    v.

**CF 910 M L.L.L.P.**

    **Defendant**

_____

## **ORDER**

    Upon consideration of the plaintiff's Motion For Order Remanding Case to the District of Columbia Superior Court, and the memoranda of points and authorities filed in support and in opposition, and for good cause shown, it is hereby ORDERED that plaintiff's motion be and hereby is GRANTED, and that this case is hereby REMANDED to the District of Columbia Superior Court.

Dated:

                                              _____
                                              Hon. Richard W.. Roberts
                                              United States District Judge

(Service list next page)

copies to:

Johnny R. Galloway, Esq.
1516 P Street, N.W.
Washington, D.C.  20005

Eric L. Yaffe, Esq.
Gray, Plant. Mooty
Suite 1111
2600 Virginia Avenue, NW
Washington, D.C.  20037