IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Action No: 1:07 CV 01159 RWR

| | |
|---|---|
| **ISMAIL G. GOZEN,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CF 910 M L.L.L.P.,**<br><br>    **Defendant.** | **STIPULATION OF DISMISSAL** |

  Pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Ismail G. Gozen and Defendant CF 910 M L.L.L.P., that Plaintiff Ismail G. Gozen's Complaint is dismissed with prejudice pursuant to a settlement between the parties, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ with consent John R. Galloway | /s/ Eric L. Yaffe |
| John R. Galloway (D.C. Bar No. 458056) | Eric L. Yaffe (D.C. Bar No. 439750) |
| 1516 P Street, N.W. | Jimmy Chatsuthiphan (D.C. Bar No. 492603) |
| Washington, D.C. 20005 | GRAY, PLANT, MOOTY, MOOTY |
| Telephone: (202) 726-5426 |  & BENNETT, P.A. |
| Facsimile: (202) 726-6629 | 2600 Virginia Avenue, NW, Suite 1111 |
| johngalloway@email.com | Washington, D.C. 20037 |
| | Telephone: (202) 295-2200 |
| Attorney for Plaintiff | Facsimile: (202) 295-2250 |
| Ismail G. Gozen | eric.yaffe@gpmlaw.com |
| | jimmy.chatsuthiphan@gpmlaw.com |

Of Counsel:
D. Blaine Sanders
ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-8344
Facsimile:  (704) 373-3944
bsanders@rbh.com

Attorneys for Defendant
CF 910 M L.L.L.P.

Dated: December 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2007, a copy of the foregoing **STIPULATION OF DISMISSAL** was served via facsimile as well as via the Court's electronic system to the following:

>John R. Galloway
>1516 P Street, N.W.
>Washington, D.C. 20005
>Facsimile (202) 726-6629
>johngalloway@email.com
>
>Attorney for Plaintiff

/s/ Eric L. Yaffe